**Order entered March 5, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01207-CV

**LORENA GOMEZ DE GONZALEZ BARRERA A/K/A LORENA TASSINARI GONZALEZ BARRERA, Appellant**

**V.**

**EDUARDO LIVAS-CANTU, JUAN ANTONIO QUIROGA-GARCIA, JUAN GONZALEZ MORENO, GRUPO FINANCIERO BANORTE SAB DE CV, DOING BUSINESS AS INTER NATIONAL BANK IN THE STATE OF TEXAS, Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02808-1**

### ORDER

Before the Court is appellant's March 2, 2020 motion for a twenty-one-day extension of time to file her brief. We **GRANT** the motion. Appellant's brief shall be filed by **March 23, 2020**. We caution appellant that further requests for extension of time will be disfavored.

/s/  ERIN A. NOWELL
    JUSTICE